

# Fourth Court of Appeals
## San Antonio, Texas

September 2, 2014

No. 04-13-00424-CV

Donald E. **CARTER**,
Appellant

v.

**ATTORNEY GENERAL OF THE STATE OF TEXAS**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 1993EM500955
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Appellant's motion for enlargement of time to file motion for rehearing is hereby GRANTED. Appellant's motion for rehearing is due on or before September 22, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of September, 2014.

_____
Keith E. Hottle
Clerk of Court